UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BAY PARK CENTER FOR NURSING AND
REHABILITATION, LLC,

                Plaintiff,

     - against -

ROBERT F. KENNEDY, JR., ET AL.

              Defendants.

26-cv-1620 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The Court has received the plaintiff's application for a temporary restraining order and a preliminary injunction including a temporary restraining order enjoining the defendants from enforcing, collecting, offsetting, recouping and/or imposing any penalty (including interest) in connection with the plaintiff's Medicaid payments.

The Court will hear from the parties on **March 2, 2026, at 3:00 p.m.** in Courtroom 14A, 500 Pearl Street, New York, NY 10007.

The plaintiff should serve a copy of all supporting papers on the counsel for the defendants by **5:30 p.m., on February 27, 2026,** and file proof of service on the defendants promptly.

Counsel for the defendants should submit any papers in response to the request for a temporary restraining order by **11:00 a.m. on March 2, 2026.** Counsel for the defendants should address specifically the available methods of appeal and stay

the imposition of the penalties currently being sought by the

defendants against the plaintiff.


SO ORDERED.
Dated:    New York, New York
          February 27, 2026

                                  _____
                                       John G. Koeltl
                                  United States District Judge