UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Bay Park Center for Nursing and
Rehabilitation, LLC,

                    Plaintiff,

        - against -

Robert F. Kennedy, Jr., et al.,

                    Defendants.
_____

                              26-cv-1620 (JGK)

                              ORDER

JOHN G. KOELTL, District Judge:

     The Court has considered all of the parties' arguments. To

the extent not specifically addressed, those arguments are

either moot or without merit.

     For the reasons stated on the record today, the plaintiff's

application for a temporary restraining order is **denied**.

SO ORDERED.

Dated:    New York, New York
          March 2, 2026

                                    John G. Koeltl
                              United States District Judge