

**Brooklyn**
1 MetroTech Center, Suite 1701
Brooklyn, NY 11201
718.215.5300 | **P**
info@abramslaw.com | **E**

**Long Island · Brooklyn · White Plains · Rochester · Albany**

Hon. John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 14A
New York, NY 10007-1312

March 3, 2026

Re: *Bay Park Center for Nursing and Rehabilitation, LLC v. Robert F. Kennedy et al,*
Index No. 26-cv-01620-JGK

Dear Judge Koeltl:

As the Court directed at yesterday's hearing, the parties have conferred with respect to a briefing schedule for Plaintiff's Amended Motion for a Preliminary Injunction in this case and have agreed as follows:

- Plaintiff to file amended motion by March 25, 2026, inclusive;
- Defendants to file opposition by April 8, 2026, inclusive; and
- Plaintiff to file reply by April 15, 2026, inclusive.

The parties have also agreed to engage in discussions in furtherance of a resolution. Because any such resolution is at a very early stage, the parties have agreed that the involvement of a United States Magistrate Judge or a mediator would be premature at this time. We will advise the Court if discussions reach a point where we believe the involvement of such an individual would help facilitate a resolution.

We thank the Court for its time and attention.

Sincerely,


**ABRAMS FENSTERMAN, LLP**          **U.S. ATTORNEY'S OFFICE, S.D.N.Y.**
Attorney for Plaintiff                       Attorney for Defendants

By: /s/ Alyssa A. Friedman             By: /s/ Kathleen M. Lewis
Alyssa A. Friedman                        Kathleen M. Lewis
1 MetroTech Center, Suite 1701       86 Chambers Street, Third Floor
Brooklyn, NY 11201                       New York, NY 10007