UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAY PARK CENTER FOR NURSING AND REHABILITATION, LLC, d/b/a PINNACLE MULTICARE NURSING AND REHABILITATION CENTER, <br><br><br> Plaintiff, <br><br> – against – <br><br> ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services, MEHMET OZ, in his official capacity as Administrator of the Centers for Medicare & Medicaid Services, THOMAS MARCH BELL, in his official capacity as Inspector General of the United States Department of Health and Human Services, and NATIONAL GOVERNMENT SERVICES, INC., <br><br> Defendants. | Index No. 26-CV-01620 (JKG) <br><br> [PROPOSED] ORDER GRANTING WITHDRAWAL OF MOTION WITHOUT PREJUDICE |

UPON the joint agreement and stipulation of counsel for all parties to this action dated March 20, 2026, it is

ORDERED that the amended motion for a preliminary injunction of plaintiff Bay Park Center for Nursing and Rehabilitation, LLC, d/b/a/ Pinnacle Multicare Nursing and Rehabilitation Center ("Pinnacle") is deemed WITHDRAWN WITHOUT PREJUDICE to refile or renew the motion.

DATED:    March 23, 2026
              New York, New York

SO ORDERED

_____
Hon. John G. Koeltl, U.S.D.J.