UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BAY PARK CENTER FOR NURSING AND
REHABILITATION, LLC,

                Plaintiff,

    - against -

ROBERT F. KENNEDY, JR., ET AL.,

                Defendants.

---

26-cv-1620 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a 26(f) report by April 28, 2026. In the report, the parties should address whether they intend to file an amended motion for a preliminary injunction.

SO ORDERED.
Dated:    New York, New York
         April 21, 2026

                         John G. Koeltl
                 United States District Judge