UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

BAY PARK CENTER FOR NURSING AND
REHABILITATION, LLC.,                          26-cv-1620 (JGK)
                    Plaintiff,
                                               ORDER
        - against -

 JOHN F. KENNEDY, JR., ET AL.,
                    Defendants.
_____

JOHN G. KOELTL, District Judge:

    The defendants may file a motion to dismiss by **May 29,**
**2026.** The plaintiff shall file any opposition by **June 19, 2026.**
The defendants shall file any reply by **July 2, 2026.**

    The parties shall file a joint letter by **May 14, 2026,**
indicating whether a referral to the Magistrate Judge for
settlement or other assistance would be helpful.


SO ORDERED.
Dated:    New York, New York
          May 8, 2026

                                    _____
                                         John G. Koeltl
                                    United States District Judge