UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————

BAY PARK CENTER FOR NURSING
AND REHABILITATION,

                           Plaintiff,

            - against -

ROBERT F. KENNEDY, JR., ET AL.,

                           Defendants.

———————————————————

26-cv-1620 (JGK)

Order

**John G. Koeltl, District Judge:**

The Court appreciates the parties' joint submission dated May 14, 2026.

The Court appreciates the parties' willingness to continue to talk and to consider a meeting that includes subject matter experts from both sides. The Court is reluctant to require a conference with the Magistrate Judge at this time out of concern not to interrupt the ongoing administrative process, which has certain deadlines. But if the dialogues prove unsatisfactory, the parties can request that the Court refer the matter to the Magistrate Judge for settlement.

The Court also appreciates the parties' willingness to discuss the provision of limited information. If the parties are unable to agree, the plaintiff should ask the Court for a discovery conference.

SO ORDERED.

Dated:    New York, New York
          May 20, 2026

                                          John G. Koeltl
                                     United States District Judge