**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 6, 2026

**Via ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Bay Park Center for Nursing and Rehabilitation, LLC v. Kennedy et al.*, No. 26 Civ. 1620 (JGK)

Dear Judge Koeltl:

This Office represents defendants Robert F. Kennedy, Jr., in his official capacity as Secretary of the U.S. Department of Health and Human Services ("HHS"); Mehmet Oz, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services; Thomas March Bell, in his official capacity as Inspector General of HHS; and National Government Services, Inc. (collectively, the "Government"), in the above-referenced action brought by plaintiff Bay Park Center for Nursing and Rehabilitation, LLC d/b/a Pinnacle Multicare Nursing and Rehabilitation ("Plaintiff"). I write respectfully to request that the conference scheduled for August 10, 2026, at 11:30 a.m., *see* Minute Entry dated July 31, 2026, be re-scheduled to August 12, 14, or another date convenient for the Court.

In the Government's July 31, 2026 letter response in opposition to Plaintiff's motion to amend its opposition brief, the undersigned requested that a conference scheduled for August 5, 2026 to discuss Plaintiff's motion be adjourned to August 3, 12, or 14, due to the undersigned's previously scheduled leave during August 4-11. *See* ECF No. 39, at 3. Because the undersigned is currently out of the office and is unavailable on the Court's re-scheduled August 10, 2026 conference date, I write to respectfully renew my request for an adjournment of the conference to August 12, 14, or another date convenient for the Court after my return from leave. Plaintiff consents to this request.

I thank the Court for its consideration of this request.

ADJOURNED TO MONDAY, AUGUST 17, 2026, AT 11:30 AM
DIAL-IN: (646) 453-4442
CONFERENCE ID: 675 278 33#

SO ORDERED
8/6/26 [signature]
USDJ

Respectfully,

JAMES M. MCDONALD
United States Attorney

*/s/ Kathleen M. Lewis*

BY: KATHLEEN M. LEWIS
Assistant United States Attorney
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007
(212) 637-2728
kathleen.lewis@usdoj.gov

cc: Counsel of Record via ECF