**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**BAY PARK CENTER FOR NURSING AND REHABILITATION, LLC,**

**Plaintiff,**

**- against -**

**ROBERT F. KENNEDY, JR. ET AL.,**

**Defendants.**

---

**26-cv-1620 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The plaintiff may file and amended complaint by August 31, 2026. The defendants may file a motion to dismiss by September 14, 2026. The plaintiff shall file any opposition to that motion to dismiss by September 28, 2026. The defendants shall file any reply to that motion to dismiss by October 9, 2026. The defendants' pending motion to dismiss is **denied** without prejudice as moot.

The above-titled action will be referred to the designated Magistrate Judge for purposes of general pretrial, settlement, and discovery disputes.

The Clerk of Court is respectfully requested to close ECF No. 31.

**SO ORDERED.**

**Dated:** **New York, New York**
**August 18, 2026**

**_____/s/ John G. Koeltl__________**
**John G. Koeltl**
**United States District Judge**