A | F
ABRAMS | FENSTERMAN, LLP
ATTORNEYS AT LAW

**Brooklyn**
1 MetroTech Center, Suite 1701
Brooklyn, NY 11201
718.215.5300 | P
info@abramslaw.com | E

Long Island · Brooklyn · White Plains · Rochester · Albany

Alyssa A. Friedman, Esq.
Partner | Healthcare Fraud Chair
AFriedman@Abramslaw.com

***Via ECF***
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Granted.

SO ORDERED:

8/24/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

August 21, 2026

Re: *Bay Park Center for Nursing and Rehabilitation, LLC v. Kennedy et al.*,
No. 26 Civ. 1620 (JGK)

Dear Judge Koeltl:

We represent Plaintiff Bay Park Center for Nursing and Rehabilitation, LLC d/b/a Pinnacle Multicare Nursing and Rehabilitation ("Pinnacle"). I write to respectfully request a brief extension of time to file the Amended Complaint, from August 31 to September 3, 2026. The reason for this request is a recent unexpected illness as well as scheduled summer vacation.

This is Plaintiff's first request for an extension of time to file the Amended Complaint. The Government consents to this request and is not requesting a change to the Court's Scheduling Order, at this time.

Respectfully Submitted,

Alyssa A. Friedman, Esq.
Partner | Healthcare Fraud Chair
Counsel for Plaintiff
Bay Park Center for Nursing and Rehabilitation, LLC

cc: All Counsel of Record (via ECF)