UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

BAY PARK CENTER FOR NURSING AND REHABILITATION, LLC,

Plaintiff,

- against -

ROBERT F. KENNEDY, ET AL.,

Defendant.

---------------------------------------------------------------X

26-CV-1620 (JGK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On November 3, 2026, Plaintiff filed a letter requesting a settlement conference. (Dkt. 53.) The Government has not responded. As the case has been referred to me for general pretrial purposes, including settlement, I will schedule a settlement conference with the parties. My Deputy will reach out to coordinate dates.

SO ORDERED.



ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 12, 2026
New York, New York

Copies transmitted this date to all counsel of record.